UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN,

      Defendant.

Criminal No. 25-cr-10083-JEK

## JOINT INITIAL STATUS REPORT AND REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(a), the parties hereby file the following joint initial status report in connection with the initial status conference scheduled for April 17, 2025; request that the status conference be canceled and an interim status conference scheduled; and request that the time be excluded until the interim status conference under the Speedy Trial Act.

(1)     Automatic Discovery/Pending Discovery Requests

The Government provided early discovery on January 23, 2025 and completed automatic discovery on April 4, 2025. The productions include materials bates labeled USAO_000001 through USAO_000140, including numerous audio and video recordings.

(2)     Additional Discovery

The Government does not anticipate providing additional discovery at this time.

(3)     Timing of Additional Discovery Requests

With its April 4 production, the Government requested reciprocal discovery from the Defendant. The Defendant needs more time to review the discovery and evaluate the need for any additional requests.

(4)     Protective Orders

No protective orders are currently anticipated by the parties; however, the government would seek a protective order prior to producing (rather than making available for inspection) certain materials regarding Minor A.

(5)     Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)     Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     Speedy Trial Act

All of the time has been excluded from the defendant's arraignment on March 7, 2025 through the date of the initial status conference scheduled for April 17, 2025.  The parties request that the time be excluded until the interim status conference.

(8)     Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for April 17, 2025, be canceled.  The parties request an interim status conference in approximately 30 days.

Respectfully submitted,

| JONATHAN LEFMAN | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | LEAH B. FOLEY<br>United States Attorney |
| */s/ Paul Cirel*<br>Paul Cirel<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA  02110<br>pcirel@toddweld.com<br>617.720.2626 | */s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3100 |

Dated: April 9, 2025

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Elianna J. Nuzum
Elianna J. Nuzum
Assistant United States Attorney

Dated: April 9, 2025