UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 1:25-cr-10083-JEK-1

UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN

**<u>INITIAL STATUS REPORT</u>**

HEDGES, M.J.

On April 9, 2025, the parties filed a joint status report pursuant to Local Rule 116.5(a).

Docket No. 21.  At the parties' request, the initial status conference scheduled for April 17, 2025

was cancelled.  Based upon the joint status report, it is ORDERED as follows:

1.  The Government has completed its production of the material required under Local Rule

116.1(c).  The Government has requested reciprocal discovery.

2.  The Government shall supplement its discovery and provide any additional exculpatory

information to Mr. Lefman as required by the Local Rules.

3.  Mr. Lefman seeks additional time to complete his review of the discovery in this case.

The timing of any additional discovery requests will be discussed at the next status conference.

4.  The parties do not anticipate requesting any protective orders in this case.

5.  The parties report that it is premature to determine whether Mr. Lefman will file any

pretrial motions under Federal Rule of Criminal Procedure 12(b).

6.  The parties agree that the Government will provide its expert disclosures 21 days prior to

trial, and Mr. Lefman will provide expert disclosures 14 days prior to trial.

7.  The parties have not reported on the status of any plea discussions.

8.  An interim status conference has been scheduled for May 14, 2025, at 10:00 a.m. in Courtroom 15.  Counsel for the respective parties shall file a joint memorandum before the close of business no less than seven days before that interim status conference.


Dated: April 11, 2025

/s/ Jessica D. Hedges
United States Magistrate Judge