UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN,

       Defendant.

Criminal No. 25-cr-10083-JEK

**JOINT INTERIM STATUS REPORT AND REQUEST TO CANCEL HEARING**

Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report in connection with the interim status conference scheduled for May 14, 2025[1]; request that the status conference be canceled and a final status conference scheduled; and request that the time be excluded until the final status conference under the Speedy Trial Act.

(1)    Automatic Discovery/Pending Discovery Requests

The Government provided early discovery on January 23, 2025, and completed automatic discovery on April 4, 2025. The productions include materials labeled USAO_000001 through USAO_000140, including numerous audio and video recordings. Due to technical difficulties, the Defendant could not begin reviewing the discovery until April 18, 2025.

(2)    Additional Discovery

The Government does not anticipate providing additional discovery at this time.

(3)    Timing of Additional Discovery Requests

With its April 4 production, the Government requested reciprocal discovery from the Defendant. Given that the Defendant was not able to begin reviewing the discovery until April 18, 2025, due to technical difficulties, the Defendant needs more time to evaluate the need for any additional requests.

---

[1] The parties are submitting their status report early because defense counsel is gearing up for trial in another matter and anticipates limited availability between now and the scheduled interim status conference date, and anticipates being unavailable on that date.

(4)     <u>Protective Orders</u>

No protective orders are currently anticipated by the parties; however, the government would seek a protective order prior to producing (rather than making available for inspection) certain materials regarding Minor A.

(5)     <u>Pretrial Motions</u>

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).  At or before the final status conference, the Defendant anticipates reporting whether he will file any pretrial motions and, if necessary, proposing a briefing schedule.

(6)     <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 21 days prior to trial.

The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     <u>Defenses of Insanity, Public Authority, or Alibi</u>

The Defendant does not intend to assert defenses of insanity, public authority, or alibi.

(8)     <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's arraignment on March 7, 2025 through the date of the interim status conference scheduled for May 14, 2025.  The parties request that the time be excluded until the final status conference.

(9)     <u>Plea Discussions; Estimated Length of Trial</u>

The parties engaged in pre-charge plea discussions that did not result in an agreement. The parties have not renewed discussions since the defendant was charged.  The parties anticipate trial in this matter would last approximately three days.

(10)　　Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for May 14, 2025, be canceled.  The parties request a final status conference in approximately 60 days.[2]

Respectfully submitted,

| JONATHAN LEFMAN | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | LEAH B. FOLEY<br>United States Attorney |
| */s/ Paul Cirel*<br>Paul Cirel (BBO# 084320)<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA  02110<br>pcirel@toddweld.com<br>617.720.2626 | */s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3100 |

Dated: April 29, 2025

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum

Dated: April 29, 2025

---

[2] Counsel for the Defendant has a trial starting in Middlesex Superior Court (Docket 22281CR445) on June 4, 2025, and is thus requesting a 60-day continuance, rather than a 30-day continuance.