UNITED STATES OF AMERICA

    v.

JONATHAN LEFMAN,

        Defendant.

Criminal No. 25-cr-10083-JEK

## JOINT FINAL STATUS REPORT AND REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(c), the parties hereby file the following joint final status report in connection with the final status conference scheduled for June 18, 2025; request that the status conference be cancelled and a further final status conference scheduled; and request that the time be excluded until the further final status conference under the Speedy Trial Act.

(1)    Automatic Discovery/Pending Discovery Requests

The Government provided early discovery on January 23, 2025, and produced significant automatic discovery on April 4, 2025. The productions include materials labeled USAO_000001 through USAO_000140, including numerous audio and video recordings. After reviewing that discovery, the Defendant submitted his first discovery letter on May 12, 2025. The Government provided its response and a small supplemental production on May 28, 2025, and the parties are currently in discussions about certain discovery requests.

(2)    Additional Discovery

The Government and the Defendant are in the process of scheduling a call to further discuss discovery matters.

(3)    Timing of Additional Discovery Requests

With its April 4 production, the Government requested reciprocal discovery from the Defendant. Given that the parties are in discussions about certain discovery requests, the Defendant needs more time to evaluate the need for any additional requests.

(4)     <u>Pretrial Motions</u>

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).  At or before the further final status conference, the Defendant anticipates reporting whether he will file any pretrial motions and, if necessary, proposing a briefing schedule.

(5)     <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's arraignment on March 7, 2025, through the date of the final status conference scheduled for June 18, 2025.  The parties request that the time be excluded until the further final status conference.

(6)     <u>Next Status Conference</u>

Given all of the foregoing information, the parties request that the final status conference, scheduled for June 18, 2025, be canceled.  The parties request a further final status conference in approximately 30 days.

Respectfully submitted,

| JONATHAN LEFMAN | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | LEAH B. FOLEY<br>United States Attorney |
| */s/ Paul Cirel*<br>Paul Cirel<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA  02110<br>pcirel@toddweld.com<br>617.720.2626 | */s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3100 |

Dated: June 13, 2025

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Cirel*
Paul Cirel, BBO No.
Todd & Weld, LLP.

Dated: June 13, 2025