|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN LEFMAN,<br><br>        Defendant. | Criminal No. 25-cr-10083-JEK |

## **JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report in connection with the interim status conference scheduled for July 23, 2025.

(1)     Automatic Discovery/Pending Discovery Requests

The Government provided early discovery on January 23, 2025, and completed automatic discovery on April 4, 2025. The productions include materials labeled USAO_000001 through USAO_000140, including numerous audio and video recordings. Due to technical difficulties, the Defendant could not begin reviewing the discovery until April 18, 2025. After reviewing that discovery, the Defendant submitted his first discovery letter on May 12, 2025. The Government provided its response and a small supplemental production on May 28, 2025. The Defendant submitted a second discovery letter on July 2, which the Government anticipates responding to by July 17.

(2)     Additional Discovery

The Government does not anticipate providing additional discovery at this time, except potentially on a voluntary basis in response to the Defendant's requests.

(3)     Timing of Additional Discovery Requests

As noted above, the Defendant's second discovery request is pending.

(4)     Protective Orders

No protective orders are currently anticipated by the parties; however, the government would seek a protective order prior to producing (rather than making available for inspection) certain materials regarding Minor A.

(5)     <u>Pretrial Motions</u>

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).  At or before the final status conference, the Defendant anticipates reporting whether he will file any pretrial motions and, if necessary, proposing a briefing schedule.

(6)     <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     <u>Defenses of Insanity, Public Authority, or Alibi</u>

The Defendant does not intend to assert defenses of insanity, public authority, or alibi.

(8)     <u>Speedy Trial Act</u>

All of the time has been excluded from the defendant's arraignment on March 7, 2025 through the date of the interim status conference scheduled for July 23, 2025.  The parties request that the time be excluded until the final status conference.

(9)     <u>Plea Discussions; Estimated Length of Trial</u>

The parties engaged in pre-charge plea discussions that did not result in an agreement. The parties have not renewed discussions since the defendant was charged.  The parties anticipate trial in this matter would last approximately three days.

(10)     <u>Next Status Conference</u>

The parties anticipate appearing for the July 23 status conference, and requesting a final status conference approximately 30 days thereafter.

Respectfully submitted,

| JONATHAN LEFMAN | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
|  | LEAH B. FOLEY<br>United States Attorney |
| */s/ Paul Cirel*<br>Paul Cirel (BBO# 084320)<br>Shayla Mombeleur (BBO# 698707)<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA  02110<br>pcirel@toddweld.com<br>smombeleur@toddweld.com<br>617.720.2626 | */s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3100 |

Dated: July 16, 2025

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Shayla Mombeleur*
Shayla Mombeleur

Dated: July 16, 2025