UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 1:25-cr-10083-JEK-1

UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN

**<u>INTERIM STATUS REPORT</u>**

HEDGES, M.J.

On July 16, 2025, the parties filed a joint status report pursuant to Local Rule 116.5(b). Docket No. 40.  At the parties' request, the initial status conference scheduled for July 23, 2025 was cancelled.  Based upon the joint status report, it is ORDERED as follows:

1.   The Government has completed its production of the material required under Local Rule 116.1(c).  The parties report that Mr. Lefman submitted his first discovery letter on May 12, 2025, and the Government provided its response and a small supplemental production on May 28, 2025.  The parties further report that Mr. Lefman submitted a second discovery letter on July 2, 2025, and the Government anticipated responding to the letter by July 17, 2025.

2.   The Government does not anticipate providing additional discovery at this time, except potentially on a voluntary basis in response to Mr. Lefman's requests.  The Government shall supplement its discovery and provide any additional exculpatory information to Mr. Lefman as required by the Local Rules.

3.   The parties report that they do not anticipate requesting any protective orders in this case; however, the Government would seek a protective order prior to producing (rather than making available for inspection) certain materials regarding Minor A.

4.  The parties report that it is premature to determine whether Mr. Lefman will file any pretrial motions under Federal Rule of Criminal Procedure 12(b).  At or before the final status conference, Mr. Lefman anticipates reporting whether he will file any pretrial motions and, if necessary, proposing a briefing schedule.

5.  The parties agree that the Government will provide its expert disclosures 21 days prior to trial, and Mr. Lefman will provide expert disclosures 14 days prior to trial.

6.  Mr. Lefman does not intend to assert the defenses of insanity, public authority, or alibi.

7.  The parties engaged in pre-charge plea discussions that did not result in an agreement. The parties have not renewed discussions since the defendant was charged.

8.  The parties anticipate that trial in this matter would last approximately three days.

9.  A final status conference has been scheduled for September 3 at 10:00 a.m. in Courtroom 15.  The parties agree to exclude the time until the final status conference.  Counsel for the respective parties shall file a joint memorandum before the close of business no less than seven days before that final status conference.  The parties shall be prepared to conduct this status conference as scheduled and to discuss any remaining discovery issues at that time.


Dated: July 24, 2025                                  /s/ Jessica D. Hedges
                                                      United States Magistrate Judge