UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN

Criminal No. 25-cr-10083-JEK

### ASSENTED-TO MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d), the United States of America, by and through the undersigned Assistant United States Attorney, with the assent of defendant Jonathan Lefman, files this motion for entry of a protective order to govern discovery in this case. A stipulated protective order, which the government has cooperatively negotiated with defense counsel, is attached hereto (the "Protective Order"). The government respectfully requests that the Court endorse and enter the Protective Order.

As grounds for the necessity of a Protective Order in this case, the government states as follows:

1. The Indictment charges the defendant with abusive sexual contact within the special aircraft jurisdiction of the United States. Dkt. No. 12. As set forth in the affidavit in support of the Criminal Complaint, the victim was 17 years old at the time of the offense in August 2024. See Dkt. No. 1-1 at ¶ 7.

2. The government anticipates producing in discovery to the defendant sensitive materials pertaining to and allowing for the identification of the victim in this case, who was a minor at the time of the offense. These materials include a video- and audio-recorded interview of the victim, the duplication and dissemination of which would represent a serious invasion of privacy.

3.  Therefore, the government requests entry of a protective order that permits the government to designate as "Sensitive" certain materials it produces in discovery, which contain unredacted personally identifying information ("PII") (including names, dates of birth, addresses, and social security numbers), audio or visual depictions, or other highly personal or sensitive information regarding the victim. Pursuant to the proposed protective order, the defendant may not personally possess copies of materials designated as Sensitive, and he and his defense team may use materials marked Sensitive solely for the defense of this case and may not distribute them.

4.  The parties must confer regarding whether to request to file under seal any Sensitive Materials in connection with pre-trial motions, trial, sentencing, or other matters. The Protective Order does not entitle either party to seal its filings as a matter of course; it requires the parties to comply in all respects with the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents. It permits the parties to seek modifications of the Protective Order in the future and provides for the return or destruction of Sensitive Materials at the conclusion of the case.

The defendant assents to this motion. A proposed protective order is attached.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its attorney,
LEAH B. FOLEY
United States Attorney

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum
Assistant United States Attorney
elianna.nuzum@usdoj.gov
617.748.3100

Dated: August 15, 2025

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum

Dated: August 15, 2025