UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN,

       Defendant.

Criminal No. 25-cr-10083-JEK

## ASSENTED-TO MOTION TO WITHDRAW AND REFILE DEFENDANT'S MOTION TO COMPEL DISCOVERY

Counsel for the Defendant hereby moves the Court to Withdraw the Defendant's Motion

to Compel Discovery (ECF No. 59) filed on October 29, 2025.  As reasons therefore:

1. The Government and Counsel for the Defendant have engaged in ongoing discovery conversations by letter, email, and teleconference.

2. Counsel for the defendant included one request for "(4) FBI and law enforcement reports relating to the requirements and procedures of interviewing minor, non-native English-speaking witnesses, and the general procedures and instructions on conducting victim and witness interviews." See Motion to Compel attached hereto as **Exhibit A**.

3. After reviewing the Motion to Compel, AUSA Nuzum sent an email stating she had not previously received an inquiry from the defendant for **(4) request for <u>law enforcement training materials</u>**. See the Defendant's Motion to Compel attached here as **Exhibit A.**

4. Defendant's counsel acknowledged that there had been a misunderstanding and explained the reason for the oversight by email. See email as **Exhibit B**.

5. The withdrawal of this motion will not prejudice the opposing party, as the motion will be re-filed now that the Government is fully aware of the defendant's request for **<u>law enforcement training materials</u>** and understands the misunderstanding.

6. Counsel for the Government, Assistant United States Attorney Elianna Nuzum, assents to this motion.

Wherefore, Counsel for the defendant respectfully requests that the Court grant this motion to withdraw the prior motion and permit the filing of a new motion.

Respectfully submitted,

JONATHAN LEFMAN

By his attorney,

*/s/* Shayla Mombeleur

Paul Cirel (BBO# 084320)
Shayla Mombeleur (BBO# 698707)
Todd & Weld LLP
One Federal Street
Boston, MA  02110
pcirel@toddweld.com
smombeleur@toddweld.com
617.720.2626

Dated: November 4, 2025

## CERTIFICATE OF SERVICE

I, Shayla Mombeleur, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 4, 2025.

*/s/ Shayla Mombeleur*

Shayla Mombeleur

Date: November 4, 2025