# EXHIBIT B

**From:** Mombeleur, Shayla <smombeleur@toddweld.com>
**Sent:** Tuesday, November 4, 2025 10:54 AM
**To:** Nuzum, Elianna (USAMA) <Elianna.Nuzum@usdoj.gov>; Cirel, Paul <pcirel@toddweld.com>
**Subject:** Re: Lefman MTC

Elianna,
Are you available for a call? I just spoke with Paul and we would like to apologize.

 When drafting Paul mentioned adding this request and I misunderstood our conversation to mean you both discussed. ( I spent some time out in September and just hoping back in. )  I apologize we did not catch this oversight and I take the blame for the misunderstanding.

 **Shayla Mombeleur**
Todd & Weld LLP | 617.624.4753

**From:** Nuzum, Elianna (USAMA) <Elianna.Nuzum@usdoj.gov>
**Sent:** Tuesday, November 4, 2025 10:13:24 AM
**To:** Cirel, Paul <pcirel@toddweld.com>; Mombeleur, Shayla <smombeleur@toddweld.com>
**Subject:** Lefman MTC

Paul and Shayla,

Can you please direct me to where you made this request prior to filing the Motion to Compel?  I don't recall it and am having trouble locating it.

> D. Any instructions, manuals, circulars, field notes, correspondence, or other guidance, whether internally from the FBI or from the Department of Justice, about when and how to conduct interviews of minor and non-native English speakers, including, requirements

1

for parental consent and presence during questioning of a minor, requirements of requesting an interpreter and ordering transcriptions and how to conduct a witness investigation and determine probable cause to arrest. Please include any directions or instructions given to agents, any law enforcement present during the investigation as well as supervisory personnel at FBI.

Thanks,
Elianna

Elianna J. Nuzum
Assistant United States Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3251
elianna.nuzum@usdoj.gov