# **<u>EXHIBIT 2</u>**



**U.S. Department of Justice**

***Leah B. Foley***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 5, 2025

**By Hand**

Paul Cirel, Esq.
Shayla Mombeleur, Esq.
Todd & Weld LLP
One Federal Street
Boston, MA  02110

> Re:    United States v. Jonathan Lefman,
>        Criminal No. 25-cr-10083-JEK

Dear Counsel:

In fulfillment of the government's ongoing discovering obligations, and following up on my letter of July 17, enclosed please find:

| | |
|---|---|
| USAO 000145 | Redacted copy of the audio recording of the September 9, 2024 interview of the victim |
| USAO 000146-176 | DNA Search Warrant package |
| USAO 000177 | 302 re: Execution of DNA Search Warrant |
| USAO 000178 | Report re: Mailing Lefman DNA to FBI Laboratory |

Please let me know when you would like to come by my office to inspect the redacted version of the audio/video recording of the brief interview of the victim conducted by Sergeant Lopes on August 30, 2024 and the redacted version of the audio/video recording of relevant statements by the victim and her family members at the airport on August 30, 2024.  For your planning purposes, the combined audio/video recording of those statements and the interview is approximately 30 minutes long.  I am generally around the week of August 11 or 18.  Alternatively, I would be willing to produce a copy pursuant to a Protective Order that prohibits Mr. Lefman from possessing a copy.

Very truly yours,

ELIANNA J. NUZUM
Assistant U.S. Attorney