# Exhibit 1



**U.S. Department of Justice**

***Leah B. Foley***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

April 4, 2025

**By Email and USAfx**

Paul Cirel, Esq.
Todd & Weld LLP
One Federal Street
Boston, MA  02110

      Re:    United States v. Jonathan Lefman,
              Criminal No. 25-cr-10083-JEK

Dear Counsel:

Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides or has previously provided automatic discovery in the above-referenced case, described below and/or bates labeled USAO_000001 through USAO_000140.

The documents enclosed with this letter can be opened and read with standard software.[1] To the extent that any future productions include documents that cannot be read with standard software, the government will specify what additional software program(s) are required.

A.    Rule 16 Materials

1.    Statements of Defendant under Rule 16(a)(1)(A) & (a)(1)(B)

    a.    Written Statements

Enclosed are the following relevant written statements made by the defendant Jonathan Lefman in the possession, custody or control of the government, the existence of which is known to the attorney for the government:

USAO_000140               *Miranda* Advice of Rights form

---

[1] Standard software is defined as the programs comprising the Microsoft Office Suite, Adobe Acrobat Reader, Windows Media Player or VLC.

b.    Recorded Statements

Consensual audio/video recordings were made of an interview involving the defendant Jonathan Lefman on August 30, 2024, as well as of Mr. Lefman's statements during booking on February 7, 2025.  These recordings are enclosed as USAO_000042-43 and USAO_000028. Additional body-worn camera footage of the period from Mr. Lefman's arrest through his transport to the courthouse on February 7, 2025 is available for inspection at the United States Attorney's Office.  The government does not believe that these videos contain relevant statements of the defendant, but nonetheless offers them for inspection.

c.    Grand Jury Testimony of the Defendant

The defendant Jonathan Lefman did not testify before a grand jury in relation to this case.

d.    Oral Statements to Then Known Government Agents

The following documents are enclosed:

USAO_000028        Arrest BWC – Booking
USAO_000042        Audio recording of Lefman interview 8-30-24
USAO_000043        Video recording of Lefman interview 8-30-24

2.    Defendant's Prior Record under Rule 16(a)(1)(D)

The government is unaware at this time of any prior criminal record of the defendant. Enclosed at USAO_000027 is a copy of a criminal history check.

3.    Documents and Tangible Objects under Rule 16(a)(1)(E)

Enclosed are copies or photographs of all books, papers, documents and tangible items which are within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at the trial of this case, or were obtained from or belong to the defendant.  The originals may be inspected by contacting the undersigned Assistant U.S. Attorney and making an appointment to view the same at a mutually convenient time.  These materials include:

| Early Discovery | |
|---|---|
| USAO 000001 | CCTV passenger pickup - clip.avi |
| USAO 000002 | 302 re examination of seat back flat_Redacted |
| USAO 000004 | photo of fingers - 085447402 |
| USAO 000005 | photo of fingers under back flap - 085539293.pdf |
| USAO 000006 | photo of hand under back flap - 085511478 |
| USAO 000007 | photo of reflection in screen - 085740877_Redacted |
| USAO 000008 | sketches102214_Redacted.pdf |
| | |

2

| Automatic Discovery | |
|---|---|
| USAO 000009 | Dkt 1 - Complaint and Affidavit.pdf |
| USAO 000025 | Dkt 12 - Lefman Indictment.pdf |
| USAO 000027 | LEFMAN, JONATHAN Crim Hx Check.pdf |
| USAO 000028 | Arrest BWC - Booking.mp4 |
| USAO 000029-32 | Flight Aware screenshots |
| USAO 000033 | JetBlue Manifest Information.pdf |
| USAO 000035 | JetBlue Seating Chart and Incident Report.pdf |
| USAO 000042 | Audio recording of Lefman interview 8-30-24.mp3 |
| USAO 000043 | Video recording of Lefman interview 8-30-24.mp4 |
| USAO 000044-56 | Massport CCTV |
| USAO 000057 | Intentionally blank; skipped bates number |
| USAO 000058-103 | Photos and Sketches from Inspection of Aircraft |
| USAO 000104 | Photo of Victim Statement.pdf |
| USAO 000105 | 302 re FBI interview of victim.pdf |
| USAO 000108-112 | Videos taken by victim and associated metadata |
| USAO 000113 | 302 re examination of seat back |
| USAO 000115 | 302 re interview of EMT.pdf |
| USAO 000116 | 302 re interview of IF.pdf |
| USAO 000118 | 302 re interview of JA.pdf |
| USAO 000121 | 302 re interview of KBJ.pdf |
| USAO 000122 | 302 re interview of SV.pdf |
| USAO 000123 | Paulino report re Lefman interview.pdf |
| USAO 000126 | 302 re interview of VRM.pdf |
| USAO 000129 | FD 1087 re collection of  DNA swabs.pdf |
| USAO 000130 | 302 re transfer of BWC.pdf |
| USAO 000131 | Flightaware screenshot 9-20-24.pdf |
| USAO 000132 | Flightaware screenshot 9-20-24 part 2.pdf |
| USAO 000133 | Flightware screenshot 9-20-24 part 3.pdf |
| USAO 000134 | MSP Case Master Report.pdf |
| USAO 000135 | 302 re Lefman arrest.pdf |
| USAO 000137 | LTC suspension.pdf |
| USAO 000139 | 302 re download and receipt of BWC.pdf |
| USAO 000140 | MSP Miranda Form |

Also available for inspection are body-worn camera recordings depicting the period from Mr. Lefman's arrest through his transport to the courthouse on February 7, 2025.  A body-worn camera recording of Massachusetts State Police interviews of Minor A and her family on August 30, 2024, as well as an audio recording of an FBI interview of Minor A on September 9, 2024, will be made available for inspection closer to trial; the government has voluntarily produced several reports regarding these interviews early.

3

4.      Reports of Examinations and Tests under Rule 16(a)(1)(F)

DNA swabs taken of portions of the seat structure of seat 30F, as depicted in USAO_000008 and described in USAO_000113, are awaiting testing.  A copy of the reports of results of that testing will be provided to you upon receipt by this office.

B.      Search Materials under Local Rule 116.1(c)(1)(B)

On September 20, 2024, a consent search was conducted on board the aircraft used for JetBlue Flight 62 on August 30, 2024.  A report regarding that search is enclosed as USAO_000113.

C.      Electronic Surveillance under Local Rule 116.1(c)(1)(C)

No oral, wire, or electronic communications of the defendant as defined in 18 U.S.C. § 2510 were intercepted relating to the charges in the indictment.

D.      Consensual Interceptions under Local Rule 116.1(c)(1)(D)

There were no interceptions (as the term "intercept" is defined in 18 U.S.C. § 2510(4)) of wire, oral, or electronic communications relating to the charges contained in the indictment, made with the consent of one of the parties to the communication in which the defendant was intercepted or which the government intends to offer as evidence in its case-in-chief.

E.      Unindicted Coconspirators under Local Rule 116.1(c)(1)(E)

There is no conspiracy count charged in the indictment.

F.      Identifications under Local Rule 116.1(c)(1)(F)

The defendant Jonathan Lefman was not the subject of an investigative identification procedure used with a witness the government anticipates calling in its case-in-chief involving a line-up, show-up, photo spread or other display of an image of Mr. Lefman.  As described in the enclosed reports, Minor A recorded Mr. Lefman exiting the aircraft and identified him as the individual who had touched her.

G.      Exculpatory Evidence Under Local Rule 116.2(b)(1)

With respect to the government's obligation under Local Rule 116.2(b)(1) to produce "exculpatory evidence" as that term is defined in Local Rule 116.2(a), the government states as follows:

1.      Except as reflected in the enclosed materials, the government is unaware of any information that would tend directly to negate the defendant's guilt concerning any count in the indictment.  The government discloses that in an interview on September 5, 2024, Sara Lefman stated that during the flight on August 30, 2024, she frequently looked over at Jonathan Lefman

4

and her children throughout the flight.

2.      Except as reflected in the enclosed materials, the government is unaware of any information that would cast doubt on the admissibility of evidence that the government anticipates offering in its case-in-chief and that could be subject to a motion to suppress or exclude.

3.      Except standard victim services for Minor A, no promises, rewards, or inducements have been given to any witness whom the government anticipates calling in its case-in-chief.

4.      The government is unaware that any of its named case-in-chief witnesses has any criminal record. However, the government has not yet determined who all of its trial witnesses will be, and will supplement this disclosure closer to trial.

5.      The government is unaware that any of its named case-in-chief witnesses has any criminal cases pending. However, the government has not yet determined who all of its trial witnesses will be, and will supplement this disclosure closer to trial.

6.      No identification procedure was used in this case.

H.      <u>Other Matters</u>

The government is aware of its continuing duty to disclose newly-discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

The government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

Please call the undersigned Assistant U.S. Attorney at 617.748.3251 if you believe any materials are missing from this production or if you have any questions.

Very truly yours,

LEAH B. FOLEY
United States Attorney

By:  _____
ELIANNA J. NUZUM
Assistant U.S. Attorney

Enclosures (via USAfx)

5