# Exhibit 5



**U.S. Department of Justice**

***Leah B. Foley***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 19, 2025

Paul Cirel, Esq.
Shayla Mombeleur, Esq.
Todd & Weld LLP
One Federal Street
Boston, MA  02110

      Re:    United States v. Jonathan Lefman,
             Criminal No. 25-cr-10083-JEK

Dear Counsel:

Enclosed please find:

| | |
|---|---|
| USAO 000179-181 | Lefman DNA Comparison Report |
| USAO 000182 | BWC with victim and family statements – SENSITIVE PURSUANT TO PROTECTIVE ORDER |

Please note that the BWC file has been designated SENSITIVE pursuant to the protective order entered August 18, 2025, Dkt. No. 46.

                Very truly yours,

                ELIANNA J. NUZUM
                Assistant U.S. Attorney