UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JONATHAN LEFMAN,

        Defendant.

Criminal No. 25-cr-10083-JEK

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

For the reasons stated below and attached, the Defendant respectfully moves that the trial in the above referenced matter, which is currently scheduled for July 27, 2026, be continued to a date in the fall convenient to the court, the parties, and the complainant's school schedule.

In support of this motion the Defendant states that, as per the attached correspondence, Defendant's counsel has been out of work for medical reasons since May 12, 2026, and the current treatment plan calls for his part time return in July and full time return in September.

In further support, Defendant states that the parties have conferred, and the Government does not oppose this motion. The parties have also agreed to jointly request that pretrial deadlines be continued for a commensurate amount of time, and that the Government be excused from any pretrial deadlines pending the Court's consideration of this motion. Finally, the Defendant agrees to waive application of the Speedy Trial Act pending any continuance resulting from this motion

Respectfully submitted,

JONATHAN LEFMAN,
By his Attorney,

*/s/ Paul R. Cirel*
Paul R. Cirel Esq. (BBO No. 084320)
Todd & Weld LLP
One Federal Street
Boston, MA  02110
(617) 720-2626
pcirel@toddweld.com

Dated: June 10, 2026

## CERTIFICATE OF SERVICE

I, Paul Cirel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 2026.

*/s/ Paul R. Criel*
Paul R. Criel