**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN LEFMAN,<br><br>Defendant. | No. 1:25-cr-10083-JEK |

## VERDICT FORM

We, the Jury, Unanimously Find:

1. On the charge of abusive sexual contact within the special aircraft jurisdiction of the United States on or about August 30, 2024, the defendant, Jonathan Lefman:

_______ NOT GUILTY ___✓___ GUILTY

(If you find the defendant not guilty on Question 1, proceed to Question 2. If you answered guilty to Question 1, skip Question 2 and proceed to the certification below.

We, the Jury, Unanimously Find:

2. On the lesser included offense of simple assault within the special aircraft jurisdiction of the United States on or about August 30, 2024, the defendant, Jonathan Lefman:

_______ NOT GUILTY _______ GUILTY

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS REACHED A VERDICT, BUT DO NOT REVEAL YOUR VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

I certify that the answers to the above questions are unanimous.

DATED: 10/16/26 By: [signature] (Jury Foreperson)